**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 1 3 2010

JAMES N. HATTEN, Clerk
By:                   Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | **1:10CR297** |
| NEAL RAY SCHMIDT | : | |
| a/k/a Raymond Owens | : | |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>

Beginning on or about February 26, 2010, and continuing until on or about June 21, 2010, in the Northern District of Georgia, defendant NEAL RAY SCHMIDT a/k/a Raymond Owens, using a facility and means of interstate commerce, that is, a computer connected to the Internet, knowingly attempted to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, child molestation (O.C.G.A. § 16-6-4), in violation of 18 U.S.C. § 2422(b).

<u>COUNT TWO</u>

Beginning on or about May 2010, and continuing until on or about June 21, 2010, in the Northern District of Georgia, defendant NEAL RAY SCHMIDT a/k/a Raymond Owens, using a facility and means of interstate commerce, that is, a computer connected to the Internet, knowingly attempted to persuade, induce, and entice another

individual who had not attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, child molestation (O.C.G.A. § 16-6-4), in violation of 18 U.S.C. § 2422(b).

## COUNT THREE

Beginning on or about March 26, 2010, and continuing until no later than June 21, 2010, in the Northern District of Georgia and elsewhere, defendant NEAL RAY SCHMIDT a/k/a Raymond Owens knowingly distributed child pornography, that is, visual depictions of one or more minors engaging in sexually explicit conduct, said child pornography having been shipped and transported in interstate and foreign commerce using a means of interstate and foreign commerce, namely internet-connected computers, all in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT FOUR

On or about June 21, 2010, in the Northern District of Georgia and elsewhere, defendant NEAL RAY SCHMIDT a/k/a Raymond Owens knowingly traveled in interstate commerce for the purpose of engaging in illicit sexual conduct with another person, in violation of Title 18, United States Code, Section 2423(b).

## FORFEITURE PROVISION

This indictment charges defendant NEAL RAY SCHMIDT a/k/a Raymond Owens with violations of Title 18, United States Code, Sections 2422(b) and 2423(b). Upon conviction for any such violations, the defendant shall forfeit to the United States any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, including, but not limited to: 2009 Ford Edge, VIN 2FMDK49C69BA74577, pursuant to Title 18, United States Code, Section 2428.

A _____ True _____ BILL

_____
FOREPERSON


SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

ROBERT C.I. McBURNEY
ASSISTANT UNITED STATES ATTORNEY
GA Bar # 481070
600 U.S. Courthouse
75 Spring Street SW
Atlanta, GA 30303
V: 404-581-6184
F: 404-581-6181